**UDALL LAW FIRM, LLP**
ATTORNEYS AT LAW
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T (602) 222-4848
F (602) 222-4858
efleming@udalllaw.com

Elizabeth L. Fleming, SBN 25322
Attorneys for Defendant Economy Preferred Insurance Company

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Limor Caspi,<br><br>Plaintiff,<br><br>vs.<br><br>Economy Preferred Insurance Company,<br><br>Defendant. | No. CV-19-4707-PHX-CDB<br><br>**ANSWER**<br><br>*Assigned to*: The Honorable Camille D. Bibles |

Defendant Economy Preferred Insurance Company ("defendant") by and through counsel undersigned, for its Answer to plaintiff Limor Caspi's ("plaintiff") Complaint, alleges as follows:

1.      All allegations not specifically admitted herein shall be deemed denied by defendant.

2.      In response to the allegations set forth in paragraph 1 of plaintiff's Complaint, defendant admits that jurisdiction and venue are proper with the Maricopa County Superior Court and that it is proper now with this Court.

3.      In response to the allegations set forth in paragraph 2 of plaintiff's Complaint, defendant admits that is a foreign corporation doing business in the State of Arizona and defendant has records establishing plaintiff's residence in Maricopa County.

UDALL LAW FIRM, LLP
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T 602.222.4848

4.    In response to the allegations set forth in paragraph 3 of plaintiff's Complaint, defendant admits that it had issued a policy of insurance to plaintiff in effect on March 30, 2017 which included coverage for underinsured motorist claims subject to the terms and conditions therein.

5.    In response to the allegations set forth in paragraph 4 of plaintiff's Complaint, defendant does not have sufficient knowledge or information to admit or deny the details of an accident that it was not present for or injuries which it did not sustain.

6.    In response to the allegations set forth in paragraph 5 of plaintiff's Complaint, defendant admits that it was presented with a demand, but denies that the claim was complete.

7.    In response to the allegations set forth in paragraph 6 of plaintiff's Complaint, defendant re-alleges all responses contained in paragraphs 1 through 6 above.

8.    In response to the allegations set forth in paragraph 7 of plaintiff's Complaint, defendant denies the allegations.

9.    In response to the allegations set forth in paragraph 8 of plaintiff's Complaint, defendant denies the allegations.

10.    In response to the allegations set forth in paragraph 9 of plaintiff's Complaint, defendant is without sufficient information or knowledge to determine another party's motivations.

11.    In response to the allegations set forth in paragraph 10 of plaintiff's Complaint, re-alleges all responses contained in paragraphs 1 through 10 above.

12.    In response to the allegations set forth in paragraph 11 of plaintiff's Complaint, denies the allegations.

13.    In response to the allegations set forth in paragraph 12 of plaintiff's Complaint, defendant denies the allegations.

14.    In response to the allegations set forth in paragraph 13 of plaintiff's Complaint, defendant admits that plaintiff has asserted that his claim falls within tier 3 of Ariz. R. Civ. P. 26.2, but denies that plaintiff is entitled to any recovery in this action.

UDALL LAW FIRM, LLP
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T 602.222.4848

15.     In response to the allegations set forth in paragraph 14 of plaintiff's Complaint, defendant admits that plaintiff's alleged damages fall within the jurisdiction of this Court.

16.     Affirmatively, so that same are not waived should information come to light to support them, defendant asserts the affirmative defenses as follows:

a.     Estoppel;
b.     Ambiguity/vagueness;
c.     Set Off/ Off Set;
d.     Collateral estoppel;
e.     Failure to join necessary and/or indispensable party pursuant to Ariz.R.Civ.P. 19;
f.     Completion and acceptance;
g.     Improper indemnification;
h.     Ratification;
i.     Statutory compliance and limitation on liability;
j.     Contractual limitation on liability;
k.     Statute of frauds;
l.     Statute of limitations;
m.     Waiver;
n.     Failure to state a claim/cause of action;
o.     Failure to mitigate damages;
p.     Non-parties at fault;
q.     Election of remedies;
r.     superseding cause;
s.     Failure to provide notice of alleged deficiencies in its work, and opportunity to cure any such claimant defect;
t.     Economic loss rule;
u.     Contributory negligence/comparative fault by plaintiff;
v.     Lack of service of process;
w.     Latches;
x.     Unclean hands;
y.     Material breach of contract;
z.     Unconscionability; and
aa.    Without waiving objection, any additional affirmative defenses which become apparent during the course of discovery in this matter, including but not limited to, the additional affirmative defenses set forth in Ariz.R.Civ.P. 8c).

17.     Defendant demands a jury trial pursuant to Fed. R. Civ. P. 81(c).

WHEREFORE, having fully answered plaintiff's Complaint, defendant prays that same be dismissed, that plaintiff take nothing thereby, and that defendant have and recover its costs and attorneys' fees herein incurred.

RESPECTFULLY SUBMITTED this 12th day of July, 2019.

UDALL LAW FIRM, LLP

By: /s/Elizabeth L. Fleming_____
     Elizabeth L. Fleming
     Attorneys for Defendant Economy Preferred
     Insurance Company

UDALL LAW FIRM, LLP
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T 602.222.4848

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of July, 2019, I caused the foregoing document to be filed electronically with the Clerk of the Court though the CM/ECF System for filing; and served on counsel of record via the Court CM/ECF system.

Michael L. York, Esq.
Thomas A. Grisoni, Esq.
WATTEL & YORK
2175 North Alma School Road, #B107
Chandler, AZ 85224
*Attorneys for Limor Caspi*

By /s/ Alex Carlson

UDALL LAW FIRM, LLP
2198 E. CAMELBACK ROAD, SUITE 375
PHOENIX, AZ 85016
T 602.222.4848

-5-