# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Limor Caspi, | No. CV-19-04707-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Metropolitan Property and Casualty Insurance Company, et al., | |
| Defendants. | |

This matter having recently come before the Court,

**IT IS ORDERED** that a motion pursuant to Federal Rule of Civil Procedure 12(b) is discouraged if the defect can be cured by filing an amended pleading. Therefore, the parties must meet and confer prior to the filing of a motion to dismiss to determine whether it can be avoided. Consequently, motions to dismiss must be accompanied by a notice of certification of conferral indicating that the parties have conferred to determine whether an amendment could cure a deficient pleading and have been unable to agree that the pleading is curable by a permissible amendment. In addition, parties shall endeavor not to oppose motions to amend that are filed prior to the Rule 16 Scheduling Conference or within the time set forth in the Rule 16 Scheduling Order. Motions to dismiss that do not contain the required certification are subject to be stricken on the Court's motion.

Dated this 24th day of July, 2019.

Honorable Diane J. Humetewa
United States District Judge