# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Limor Caspi,

        Plaintiff,

v.

Economy Preferred Insurance Company,

        Defendant.

No. CV-19-04707-PHX-MTL

**ORDER**

Pursuant to the Court's Rule 16 Scheduling Conference held on October 3, 2019,

**IT IS ORDERED** referring this matter to <u>United States Magistrate Judge Deborah M. Fine</u> for a Settlement Conference to be held on or before <u>February 7, 2020</u>. Counsel are directed to jointly contact the chambers of Judge Fine by emailing **Armida_Herrera@azd.uscourts.gov** no later than **ten (10) days from the date of this order** to schedule a Settlement Conference and for instructions regarding preparation for the conference.

No later than **five (5) working days after** the deadline set forth in the preceding paragraph, the parties shall file with the Court a joint report on settlement talks executed by or on behalf of all counsel. The parties shall promptly notify the Court at any time a settlement is reached during the course of this litigation.

Dated this 3rd day of October, 2019.

Michael T. Liburdi
United States District Judge

cc: Judge Fine