**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Limor Caspi, | No. CV-19-04707-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Economy Preferred Insurance Company, | |
| Defendant. | |

Pursuant to Defendant's Motion for Telephonic Appearance (Doc. 74),

**IT IS ORDERED granting** the Motion for Telephonic Appearance (Doc. 74). The representative of Defendant Economy Preferred Insurance Company may appear telephonically at the Motion Hearing set for May 4, 2021. Defendant's counsel will receive call-in instructions via e-mail.

Dated this 30th day of April, 2021.

_Michael T. Liburdi_
Michael T. Liburdi
United States District Judge