# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Limor Caspi,<br><br>   Plaintiff,<br><br>v.<br><br>Metropolitan Property and Casualty Insurance Company, et al.,<br><br>   Defendants. | No. CV-19-04707-PHX-MTL<br><br>**ORDER** |

Before the Court are the parties' First Stipulation and Joint Motion to Continue 6/28/21 Trial (Doc. 71) and Joint Motion to Extend Limited Discovery Deadlines and Proposed Trial Schedule (Doc. 77). Good cause appearing,

**IT IS ORDERED granting** the First Stipulation and Joint Motion to Continue 6/28/21 Trial (Doc. 71).

**IT IS FURTHER ORDERED amending** the Order Setting Final Pretrial Conference and Jury Trial (Doc. 65) as follows:

1. The Jury Trial in this matter is continued from June 28, 2021 to **Monday, April 11, 2022, at 9:00 a.m**. Trial will be held on April 11 – April 15.

2. The Final Pretrial Conference is continued from June 14, 2021 to **March 28, 2022, at 10:00 a.m.**

3. The parties must jointly prepare a Joint Proposed Final Pretrial Order and lodge it with the Court by **March 21, 2022**.

4. The parties must file all Motions in Limine no later than **March 14, 2022**.

Responses must be filed no later than **March 21, 2022**. No replies are permitted.

The Order Setting Final Pretrial Conference and Jury Trial (Doc. 65) is reaffirmed in all other regards.

**IT IS FURTHER ORDERED granting** the Joint Motion to Extend Limited Discovery Deadlines and Proposed Trial Schedule (Doc. 77).

**IT IS FURTHER ORDERED** that the parties are permitted to conduct limited additional discovery on Plaintiff's upcoming C6-7 anterior cervical discectomy and fusion with plating surgery, described in the Stipulation (Doc. 71) and Joint Motion (Doc. 77). The following deadlines are extended:

1. The deadline for Plaintiff's expert disclosures is **September 20, 2021**.
2. The deadline for Defendant's expert disclosures is **October 25, 2021**.
3. The deadline for rebuttal expert disclosures, if any, is **December 13, 2021**.
4. The expert deposition deadline is **February 14**, **2022**.
5. The deadline for final supplementation of MIDP responses is **February 14, 2022**.

All other deadlines are reaffirmed. The parties are advised that the above-described deadlines are firm, and the Court will not grant any additional extensions.

**IT IS FINALLY ORDERED vacating** the hearing set for May 13, 2021.

Dated this 11th day of May, 2021.

Michael T. Liburdi
United States District Judge

- 2 -