**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Limor Caspi, | No. CV-19-04707-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Metropolitan Property and Casualty Insurance Company, et al., | |
| Defendants. | |

In the prior order extending deadlines, the parties were advised that the Court would not entertain any further extensions. (Doc. 78.)

Accordingly,

**IT IS ORDERED** the Second Joint Motion to Extend Limited Discovery Deadlines (Doc. 94) is **denied**.

Dated this 5th day of November, 2021.

Michael T. Liburdi
United States District Judge