# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Limor Caspi, | No. CV-19-04707-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Metropolitan Property and Casualty Insurance Company, et al., | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. 108), and good cause appearing,

**IT IS ORDERED granting** the Stipulation for Dismissal with Prejudice (Doc. 108) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that any pending deadlines in this matter are vacated.

**IT IS FURTHER ORDERED** that the Motion for Discovery Sanctions (Doc. 105) is denied as **moot**.

**IT IS FURTHER ORDERED** that the final pretrial conference scheduled for March 28, 2022; and the trial scheduled for April 11, 2022, are hereby vacated.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall close this case.

///

///

Dated this 4th day of February, 2022.

Michael T. Liburdi
United States District Judge